UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
40-46 MAIN STREET REALTY CORP., et al.,

                        Plaintiffs,

                                                    16 CV 6900 (SJ) (SJB)

        -against-                                   **ORDER ADOPTING**
                                                    **REPORT AND**
                                                    **RECOMMENDATION**

CITY OF NEW YORK, et al.,

                        Defendants.
-------------------------------------------------------X
A P P E A R A N C E S

KEVIN K.TUNG
136-20 38th Avenue
Suite 3D
Flushing,  NY 11354
By:     Kevin K. Tung
*Attorney for Plaintiffs*

OFFICE OF THE CORPORATION COUNSEL
100 Church Street
Room 3-118
New York, NY 10007
By:     William H. Vidal
*Attorneys for Defendant City of New York*
*and New York City Housing Preservation*
*and Development*

PECKAR & ABRAMSON
41 Madison Avenue
20th Floor
New York, NY 10010
By:     Howard M. Rosen
*Attorneys for Monadnock Development LLC*


**JOHNSON, Senior District Judge:**

Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Sanket J. Bulsara. Judge Bulsara issued the Report on November 27, 2017, and provided the parties with the requisite amount of time to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Bulsara's recommendations were due on December 11, 2017. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate

Judge Bulsara's Report in its entirety.  The Clerk of the Court is directed to close

the case.


SO ORDERED.

Dated: January 10, 2018           _____/s/_____
     Brooklyn, NY                 Sterling Johnson, Jr., U.S.D.J.